Michael J. Coffino (SBN 88109)
mcoffino@cronelaw.com
Jaime J. Santos (SBN 276344)
jsantos@cronelaw.com
THE CRONE LAW GROUP
101 Montgomery Street, Suite 2650
San Francisco, CA 94104

Telephone:  (415) 955-8900
Facsimile:   (415) 955-8910

Attorneys for Plaintiff China Ritar Power Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA RITAR POWER CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>POPE INVESTMENTS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. CV-11-3529 (SI)<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF CHINA RITAR POWER CORPORATION'S UNOPPOSED MOTION TO (1) EXTEND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) RESET CASE MANAGEMENT CONFERENCE |

Upon consideration of Plaintiff's MOTION TO (1) EXTEND ALL DEADLINES SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, AND (2) RESET CASE MANAGEMENT CONFERENCE, it is hereby ORDERED that the case management schedule is revised as follows:

By February 6, 2012, the parties will

- meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan
- file ADR Certification
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

1    By February 21, 2012, the parties will

2    - file 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report
3      and file Case Management Statement
4    The Initial Case Management Conference will be rescheduled for March 9, 2012 at 2:30
5    p.m. in Courtroom 10, 19th floor, San Francisco.

6    1/10/12

7    _____
     Honorable Susan Illston
     United States District Judge
8    for the Northern District of California

-2-
[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND CMC AND ADR DEADLINES