Richard J. Mooney, Esq. (SBN: 176486)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
richard.mooney@bryancave.com

Attorneys for Defendant
POPE INVESTMENTS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| China Ritar Power Corporation, a Nevada corporation,<br>　　　　　Plaintiff,<br>　　v.<br>Pope Investments LLC, a Delaware limited liability company,<br>　　　　　Defendant. | CASE NO. 3:11-CV-03529-SI<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

#80727 v1 saf

Plaintiff China Ritar Power Corporation and Defendant Pope Investments LLC hereby stipulate that this action and all claims Plaintiff has asserted against Defendant in this action are hereby dismissed with prejudice, the matter having been amicably resolved between the parties. Each party to bear its own costs and attorneys' fees.

Dated: July 30, 2012    THE CRONE LAW GROUP

By: */s/ Mark Crone*
Mark Crone
Attorneys for Plaintiff
CHINA RITAR POWER CORPORATION

Dated: July 30, 2012    BRYAN CAVE LLP

By: */s/ Richard J. Mooney*
Richard J. Mooney
Attorneys for Defendant
POPE INVESTMENTS, LLC

(Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.)

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice.

DATED: 7/31/12

*[signature: Susan Illston]*
The Honorable Susan Illston
Judge of the United States District Court

#80727 v1 saf